

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:         Ali Yazdchi v. Wells Fargo Bank

Appellate case number:    01-15-00381-CV

Trial court case number:  2014-23577

Trial court:                       215th District Court of Harris County

      Pursuant to Texas Rule of Appellate Procedure 34.5(c), the trial court clerk is directed to prepare, at no cost to Yazdchi, a supplemental clerk's record containing the following items:

> (1) The court docket sheets (if any)
> (2) Citation (61192855)
> (3) Certificate of last known address of defendant (62502200)
> (4) Non-Military affidavit (62502201)
> (5) Exhibits
>> a. Exhibit 1 (62502196)
>> b. Exhibit 2 (62502199)
>> c. Exhibit A (62502197)
>> d. Exhibit A (62502202)
>> e. Exhibit B (62502198)

*See* TEX. R. APP. P. 34.5(c)(1). The supplemental clerk's record shall be filed in the First Court of Appeals within 10 days of the date of this notice.

Clerk's Signature:  /s/ Christopher A. Prine
                        Clerk of the Court

Date:  November 10, 2015